IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BROWN, ) | |
| ) | |
| Petitioner, ) | No. C 05-5188 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| ARNOLD SCHWARZENEGGER, et al., ) | |
| ) | |
| Respondent(s). ) | |
| ) | |

Petitioner has filed a motion to amend this court's remedial order to require respondent to discharge petitioner from parole. Respondent shall file an opposition, or notice of non-opposition, to the motion by no later than July 2, 2010, and petitioner shall file a reply to any opposition within seven days thereafter.

The hearing noticed for July 16, 2010 is vacated.

SO ORDERED.

DATED: June 28, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.05\Brown1.or4.wpd